652 F.2d 28
 HOMESTAKE MINING COMPANY, a corporation, Plaintiff-Appellee,
v.
WASHINGTON PUBLIC POWER SUPPLY SYSTEM, Defendant-Appellant.
 No. 79-4576.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted June 9, 1981.
Decided July 27, 1981.
 
 Appeal from the United States District Court for the Northern District of California; Charles B. Renfrew, District Judge, Presiding.
 Phillip H. Ginsberg, Houghton, Cluck, Coughlin & Riley, Seattle, Wash., for defendant-appellant.
 Eric W. Jorgensen, Brobeck, Phleger & Harrison, San Francisco, Cal., for plaintiff-appellee.
 Before GOODWIN, SKOPIL, and REINHARDT, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm the judgment of the district court substantially for the reasons set forth in its decision, reported at 476 F.Supp. 1162 (N.D.Cal.1979).
 
 
 2
 AFFIRMED.